## MONTGOMERY LIGHT & WATER POWER CO. V. GREGG.

*Assumpsit.*

(Decided May 17, 1906.   41 So. Rep. 1037.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

MASSEY WILSON, and GOODWYN & MCINTYRE, for appellant.

RUSHTON & COLEMAN, for appellee.

Appeal dismissed.

Per curiam.